1
 Redonna Macomber, Karina Kujawa, and Jana McCullough Petitioners v. Nations Roof LLC and Laguets Roofing LLC. Respondents No. 25SC455Supreme Court of Colorado, En BancApril 6, 2026
           Court
 of Appeals Case No. 24CA1094
 
 
 
          Petition
 for Writ of Certiorari DENIED.
 
 
          
 JUSTICE HOOD and JUSTICE SAMOUR would grant as to the
 following issues:
 
 
          Whether
 the Division erred when it held, as a matter of first
 impression, that contractors who are statutory
 "landowners" under the Premises Liability Act for
 the areas where they have contracted to work are also
 landowners for areas on the same real property where they are
 not contracted to work and where they would themselves be
 invitees.
 
 2
 
          Whether
 the Division erred in holding that Roofers who were
 unquestionably landowners where they performed their work
 atop a Walgreens store were also landowners inside the store
 where they would have been invitees or licensees.
 
 
          Whether
 a contractor who is responsible for conditions on one part of
 real property can be held to be a landowner for the entirety
 of the real property, even for injuries in areas of the
 property where the contractor has no control nor
 responsibility.
 
 
          Whether
 the Division erroneously exceeded the outer limits of the
 Act's definition of landowner in a way that clashes with
 this court's prior holdings.